**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 98-2277

———————————

SHELLY SLIVINSKI,

Plaintiff - Appellant,

versus

CHARLES DEAN, Mayor of Town of Elkton,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Jackson L. Kiser, Senior District Judge. (CA-98-8-H)

———————————

Submitted: April 30, 1999          Decided: May 21, 1999

———————————

Before HAMILTON, WILLIAMS, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Walter F. Green, IV, GREEN & O'DONNELL, Harrisonburg, Virginia, for Appellant. James W. Barkley, MORIN & BARKLEY, Charlottesville, Virginia; Jonathan Jay Litten, LITTEN & SIPE, Harrisonburg, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shelly Slivinski appeals from the district court's order granting Defendant's motion for summary judgment in her civil action filed under 42 U.S.C.A. § 1983 (West Supp. 1998) and other statutory provisions, in which she alleged that the Defendant conspired with Elkton Police Officer Robert Marshall to violate her Fourth Amendment Rights.[*] We have reviewed the parties' briefs and the joint appendix, and we affirm on the reasoning of the district court. See Slivinski v. Dean, No. CA-98-8-H (W.D. Va., Aug. 10, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

---

[*] Slivinski also alleged state law claims of intentional infliction of emotional distress and willful and wanton negligence. The district court declined to exercise supplemental jurisdiction and dismissed the claims without prejudice.